UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2021 JUL 14 PM5:23

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>(1) ALEXIS GUTIERREZ MORENO,<br>(2) JHONI RAFAEL RODRIGUEZ,<br>(3) GREGORYS VANEL RODRIGUEZ RODRIGUEZ,<br>(4) RAMSES TAREK BRITO POLMENARES,<br>(5) AREVALO JOSE LOPEZ LUGO,<br>(6) JAIME RIVERA SALAZAR,<br>(7) DANIEL URGANO,<br>(8) CRISTIAN RODRIGUEZ GARCIA,<br>(9) DELWISMAR GUTIERREZ SALAZAR,<br>(10) SEVERINO DE JESUS SALAZAR,<br>(11) JUAN FRANCISCO RIVERA RIVERA,<br>(12) ALEXANDER MANUEL GUTIERREZ CAMPOS,<br>(13) EDWIN JOSE ORDAZ BATIS,<br>(14) YORBIS ESPINOSA,<br>(15) ANTONIO JOSE LABRADOR,<br>(16) ANTONIO RAFAEL MARTINEZ MORENO,<br>(17) EDI PEÑA BRAVO,<br>(18) YONATHAN POLANCO BELTRE, | INDICTMENT<br><br>CRIMINAL NO. 21-245 (GAG)<br><br>VIOLATIONS:<br>46 U.S.C. §§ 70503, 70506<br>18 U.S.C. § 2<br><br>3 COUNTS &<br>FORFEITURE ALLEGATION<br>46 U.S.C. § 70507 |

THE GRAND JURY CHARGES:

COUNT ONE
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Aboard a Vessel Subject to the Jurisdiction of the United States
46 U.S.C. §§ 70503(a)(1) & 70506(b)

Beginning on a date unknown, but not later than on or about June 20, 2021, on the high seas, and elsewhere within the jurisdiction of this Court,

(1) ALEXIS GUTIERREZ MORENO,
(2) JHONI RAFAEL RODRIGUEZ,
(3) GREGORYS VANEL RODRIGUEZ RODRIGUEZ,

        (4) RAMSES TAREK BRITO POLMENARES,
        (5) AREVALO JOSE LOPEZ LUGO,
        (6) JAIME RIVERA SALAZAR,
        (7) DANIEL URGANO,
        (8) CRISTIAN RODRIGUEZ GARCIA,
        (9) DELWISMAR GUTIERREZ SALAZAR,
        (10) SEVERINO DE JESUS SALAZAR,
        (11) JUAN FRANCISCO RIVERA RIVERA,
        (12) ALEXANDER MANUEL GUTIERREZ CAMPOS,
        (13) EDWIN JOSE ORDAZ BATIS,
        (14) YORBIS ESPINOSA,
        (15) ANTONIO JOSE LABRADOR,
        (16) ANTONIO RAFAEL MARTINEZ MORENO,
        (17) EDI PEÑA BRAVO,
        (18) YONATHAN POLANCO BELTRE,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other to commit an offense against the United States an offense defined in 46 U.S.C. § 70503 in that they knowingly and intentionally possessed with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, aboard a vessel subject to the jurisdiction of the United States. All in violation of 46 U.S.C. §§ 70503(a)(1) & 70506(b).

## COUNT TWO
**Possession with Intent to Distribute a Controlled Substance
Aboard a Vessel Subject to the Jurisdiction of the United States
46 U.S.C. § 70503(a)(1) and 18 U.S.C. § 2**

On or about June 20, 2021, on the high seas, elsewhere and within the jurisdiction of this Court,

        (1) ALEXIS GUTIERREZ MORENO,
        (2) JHONI RAFAEL RODRIGUEZ,
        (3) GREGORYS VANEL RODRIGUEZ RODRIGUEZ,
        (4) RAMSES TAREK BRITO POLMENARES,
        (5) AREVALO JOSE LOPEZ LUGO,
        (6) JAIME RIVERA SALAZAR,
        (7) DANIEL URGANO,
        (8) CRISTIAN RODRIGUEZ GARCIA,
        (9) DELWISMAR GUTIERREZ SALAZAR,

(10) SEVERINO DE JESUS SALAZAR,
(11) JUAN FRANCISCO RIVERA RIVERA,
(12) ALEXANDER MANUEL GUTIERREZ CAMPOS,
(13) EDWIN JOSE ORDAZ BATIS,
(14) YORBIS ESPINOSA,
(15) ANTONIO JOSE LABRADOR,
(16) ANTONIO RAFAEL MARTINEZ MORENO,
(17) EDI PEÑA BRAVO,
(18) YONATHAN POLANCO BELTRE,

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, aboard a vessel subject to the jurisdiction of the United States. All in violation of Title 46 U.S.C. § 70503(a)(1) and 18 U.S.C. § 2.

## COUNT THREE
**Jettisoning Property Subject to Forfeiture under 21 U.S.C. § 881(a) from a Vessel Subject to the Jurisdiction of the United States**
**46 U.S.C. §§ 70503(a)(2) & 70506(d) and 18 U.S.C. § 2**

On or about June 20, 2021, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

(1) ALEXIS GUTIERREZ MORENO,
(2) JHONI RAFAEL RODRIGUEZ,
(3) GREGORYS VANEL RODRIGUEZ RODRIGUEZ,
(4) RAMSES TAREK BRITO POLMENARES,
(5) AREVALO JOSE LOPEZ LUGO,
(6) JAIME RIVERA SALAZAR,
(7) DANIEL URGANO,
(8) CRISTIAN RODRIGUEZ GARCIA,
(9) DELWISMAR GUTIERREZ SALAZAR,
(10) SEVERINO DE JESUS SALAZAR,
(11) JUAN FRANCISCO RIVERA RIVERA,
(12) ALEXANDER MANUEL GUTIERREZ CAMPOS,
(13) EDWIN JOSE ORDAZ BATIS,
(14) YORBIS ESPINOSA,
(15) ANTONIO JOSE LABRADOR,

     **(16) ANTONIO RAFAEL MARTINEZ MORENO,**
        **(17) EDI PEÑA BRAVO,**
     **(18) YONATHAN POLANCO BELTRE,**

the defendants herein, knowingly and intentionally aiding and abetting each other, in committing an offense defined in 46 U.S.C. § 70503, specifically: jettisoning bales containing cocaine subject to forfeiture under 21 U.S.C. § 881(a), from a vessel subject to the jurisdiction of the United States. All in violation of 46 U.S.C. §§ 70503(a)(2) & 70506(d) and 18 U.S.C. § 2.

**NARCOTICS FORFEITURE ALLEGATION**
**46 U.S.C. § 70507**

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 46 U.S.C. § 70507, upon conviction of an offense in violation of 46 U.S.C. § 70503,

**(1) ALEXIS GUTIERREZ MORENO,**
**(2) JHONI RAFAEL RODRIGUEZ,**
**(3) GREGORYS VANEL RODRIGUEZ RODRIGUEZ,**
**(4) RAMSES TAREK BRITO POLMENARES,**
**(5) AREVALO JOSE LOPEZ LUGO,**
**(6) JAIME RIVERA SALAZAR,**
**(7) DANIEL URGANO,**
**(8) CRISTIAN RODRIGUEZ GARCIA,**
**(9) DELWISMAR GUTIERREZ SALAZAR,**
**(10) SEVERINO DE JESUS SALAZAR,**
**(11) JUAN FRANCISCO RIVERA RIVERA,**
**(12) ALEXANDER MANUEL GUTIERREZ CAMPOS,**
**(13) EDWIN JOSE ORDAZ BATIS,**
**(14) YORBIS ESPINOSA,**
**(15) ANTONIO JOSE LABRADOR,**
**(16) ANTONIO RAFAEL MARTINEZ MORENO,**
**(17) EDI PEÑA BRAVO,**
**(18) YONATHAN POLANCO BELTRE,**

the defendants herein, shall forfeit to the United States of America property described in

section 511 (a) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. § 881(a)) that was used or intended for use to commit, or facilitate the commission of, an offense under 46 U.S.C. § 70503. All in accordance with 46 U.S.C. § 70507.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL,

Foreperson
Date: 07/14/2021

*[signature]*
Nicholas W. Cannon
Chief, Child Exploitation and
Immigration Unit

*[signature]*
Jenifer Y. Hernández-Vega
Assistant U.S. Attorney